O 442 (Rev 5/93) Warrant for Arrest +

# United States District Court

## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**FILED**

FEB 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

EARL SHORTER

08 - 129 - M - 01

CRIMINAL ACTION
NUMBER: **3:00CR390-001**

To: The United States Marshal and/or any Authorized United States Officer

You are **HEREBY COMMANDED** to **ARREST EARL SHORTER** and bring him/her to the nearest
United States Magistrate Judge to answer a(n)

___ Indictment   ___ Criminal Information   ___ Complaint
___ SEALED Order of Court   ___ Order of Court
**X** Petition on Supervised Release   ___ Petition on Probation
___ Violation of Pretrial Release   ___ Violation of Bond Conditions

charging him/her with (brief description of offense):

### PLEASE SEE COPY of PETITION attached.

C.N. Garner
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail Fixed at $ N/A

**Deputy Clerk**
Title of Issuing Officer

**December 18, 2007-Richmond, VA**
Date and Location

By: _____
Name of Judicial Officer

| This warrant was received and executed with the arrest of the above-named defendant at: | | |
|---|---|---|
| Date Received 2 27 08 | Name and Title of Arresting Officer Kevin M. Kraemer | Signature of Arresting Officer |
| Date of Arrest 2 27 08 | DUSM | [signature] |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: **EARL SHORTER**

ALIAS:


RESIDENCE


DATE OF BIRTH:


SOCIAL SECURITY NUMBER:


HEIGHT:                                                    WEIGHT:


SEX: **MALE**                                        RACE: **BLACK/Non-HISPANIC**


FBI NUMBER:

REG. NUMBER:

Prob 12
(Mod.. For E.VA 01/05)



# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs  Earl Shorter                                    Docket No. 3:00CR00390-001

### Petition on Supervised Release                08 - 1 29 - M - 0 1

   COMES NOW Rhonda E. Greene, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Earl Shorter, who was placed on supervision by the Honorable Henry Coke Morgan, Jr., sitting in the Court at Richmond, Virginia, on the 9th day of November, 2001, who fixed the period of supervision at 5 years, and imposed the general terms and conditions heretofore adopted by the Court. The case is currently assigned to the Honorable James R. Spencer, Chief United States District Judge. The following special conditions were also imposed by Judge Morgan:

1    The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, as directed by the Probation Officer.

2.   If the defendant tests positive for the abuse of alcohol or the use of a controlled substance, he shall be required to participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the Probation Officer.

3    The defendant shall provide the Probation Officer access to any requested financial information.

4.   Upon his release, the defendant shall pay any outstanding child support at the rate of $300 per month until paid in full or until the expiration of the period of supervised release, subject to the fact that this court or a court having jurisdiction over the child may modify that order.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
### See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation:** Detention is recommended.

### ORDER OF COURT

Considered and ordered this _14th_ day of
_December_, 2007, and ordered
filed and made a part of the records in the
above case.

_James R. Spencer_
James R. Spencer
Chief United States District Judge

I declare under penalty of perjury that the foregoing
is true and correct.

_Rhonda E. Greene_
Rhonda E. Greene
Senior United States Probation Officer

Place Colonial Heights, Virginia

Petition on Supervised Release                                                                                    Page 2
RE: SHORTER, Earl

OFFENSE. Possession of Marijuana; Aiding and Abetting, in violation of 21 U S C § 844 and 18 U.S.C. § 2, a Class E Felony, and Possession of a Firearm By a Convicted Felon/Unlawful User of Controlled Substance, in violation of 18 U S.C § 922 (g)(1,3), a Class C Felony.

SENTENCE  11-09-01. 84 months imprisonment (24 months on Count Four and 48 months on Count Nine, concurrent); 5 years supervised release (1 year on Count Four and 5 years on Count Nine, concurrent); and $200 special assessment.

ADJUSTMENT TO SUPERVISION·

Mr. Shorter began his term of supervised release on December 11, 2006. He currently resides in Washington, D.C., with his wife, and receives disability benefits. He is being supervised by United States Probation Officer Pasquinucci Miller of the District of Columbia Probation Office. On March 7, 2007, a "no action" violation report was submitted to the Court, reporting an arrest for Aggravated Assault, and Use of Marijuana. Mr. Shorter was found guilty of Aggravated Assault in June 2007. On November 23, 2007, this officer received a violation report from Probation Officer Miller indicating that on November 8, 2007, Mr. Shorter was arrested and charged with the following offenses.

VIOLATIONS.

The following violations are submitted for the Court's consideration·

**MANDATORY CONDITION:**  **COMMISSION OF A CRIME - AGGRAVATED ASSAULT (Case #07CF33695)**

On February 12, 2007, the defendant was arrested in Washington D.C. and charged with Aggravated Assault, in violation of 22 D.C. Code, § 404.01. On June 25, 2007, he was convicted in D.C. Superior Court and sentenced to Time Served. He was further ordered to pay $50 in court fees.

**MANDATORY CONDITION:**  **COMMISSION OF A CRIME - ASSAULT (Case #2007DVM002483)**

On November 8, 2007, Mr. Shorter was charged with Assault. He is scheduled to appear before the Superior Court in Washington, D.C., on February 26, 2008.

**MANDATORY CONDITION:**  **COMMISSION OF A CRIME - DESTROYING PROPERTY (Case #2007DVM002483)**

On November 8, 2007, Mr. Shorter was charged with the above-stated offense. He is scheduled to appear before the Superior Court of Washington, D.C., on February 26, 2008.

**MANDATORY CONDITION:**  **COMMISSION OF A CRIME - DAMAGE PROPERTY OR COMMUNICATION DEVICE TO INTERFERE WITH THE REPORTING OF DOMESTIC VIOLENCE (Case #2007DVM002483)**

On November 8, 2007, Mr. Shorter was charged with the above-stated offense. He is scheduled to appear before the Superior Court in Washington D.C., on February 26, 2008.

TO CLERK'S OFFICE

Petition on Supervised Release                                                    Page 3
RE: SHORTER, Earl

CONDITION 7:                  USE OF ILLEGAL DRUGS (MARIJUANA)

On December 11, 2006, the defendant submitted a urine specimen which subsequently tested positive for marijuana. When confronted, he admitted that after being released from the halfway house, he smoked marijuana prior to reporting to the Probation Office.


REG/kss



United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for SHORTER,EARL (FID 527734)



Name : SHORTER,EARL
FID# : 527734
Status : ACTIVE  Subject is in NCIC
Subject Category : 1

Alias List

| Seq. # | Alias |
|---|---|
| 1 | SHORTER,EARL ANTONIO |

DOB List

| Seq. # | Date of Birth | Place of Birth |
|---|---|---|
| 1 | | DC - DISTRICT OF COLUMBIA |

Social Security Number List

| Seq. # | Social Security Number |
|---|---|

FBI Number List

| Seq. # | FBI Number |
|---|---|
| 1 | |

Fingerprint Code List

| Seq. # | Fingerprint Code |
|---|---|

Subject Description List

| Seq. # | Eyes | Hair | Height | Weight | Skin | Race | Sex |
|---|---|---|---|---|---|---|---|

Scars, Marks and/or Tattoos List

| Seq. # | Scar/Mark/Tattoo |
|---|---|
| 1 | SC L THGH |
| 2 | SC R THGH |

Miscellaneous Number List

| Seq. # | Miscellaneous Number | Issue Date | Exp. Date | Remark |
|---|---|---|---|---|
| 1 | OA-VA1266207E | | | |
| 2 | OA-NJ331381B | | | |

Subject Address List

| Seq. # | Phone | Address |
|---|---|---|
| 1 | | |

Profile Information

| | | | |
|---|---|---|---|
| Money Launderer | No | DEA - GDEP | |
| "Kingpin" | No | Violent Offender | No |
| Triggerlock Case | No | International Lookout Placed | No |

Sex Offenses

| | | | |
|---|---|---|---|
| Arrest | No | Conviction | No |
| Registered | No | Registration Violation | No |

Profile Remarks:

Prison Information

| Seq. # | Prisoner Number | Close Date | Location |
|---|---|---|---|



United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for SHORTER,EARL (FID 527734)

NCIC Status
                    *** All NCIC entries are subject to NCIC management audit & validation ***
Seq. #              NCIC Number          Caution
1
     Date Entered : 12/21/2007
Warrant in NCIC :

                                   Caution and Medical Conditions
Seq. #              Code              Description
1                   05               Violent Tendencies

Case Number: 0183-1208-0441-J
            Case Status: CLOSED
        Originating District: A83 - VA/E RICHMOND
        Charge Information
            Agency: ATF - Federal Agency
                BUREAU OF ALCOHOL TOBACCO & FIREARMS
            Charge: 5299, Weapon Offense
        Warrant Date: 12/07/2000
        Date Received: 12/07/2000
            OCDE: No
        Contact/Phone: ATF RICHMOND VA 804-560-0005
        Close Information
            Date Closed: 03/09/2001
            Date Executed: 12/12/2000
        Execution Code: ARREST BY OTHER AGENCY
    Arrested in District: A83
    Arresting Agency: ATF
    To Be Prosecuted: Y
        Close Summary: SHORTER ARRESTED BY ATF RICHMOND. USM WARRANT ADMIN NOTIFIED
                       THIS DATE

Case Number: 0883-1221-0752-D
            Case Status: ACTIVE
        Originating District: A83 - VA/E RICHMOND
            Lead Deputy: CLARKSON,THOMAS
        Charge Information
            Agency: USMS
            Charge: 5012, Probation Violation
        Warrant Date: 12/19/2007
        Date Received: 12/20/2007
            OCDE: No
Original Charge Information
            Charge: 5299, Weapon Offense
        Offense Date: 12/12/2000
            Agency: ATF
        Contact/Phone: DUSM CLARKSON 804 283 5452