Return Copy
Rev 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

**FILED**

APR - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date: 03/27/08

Address of Other Court: USDC Eastern District of Virginia
Lewis F. Powell, Jr.
Richmond Division
1000 East Main Street
Richmond, VA 23219

RE: CR 08-MJ-129

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

- [x] Docket Sheet
- [x] Complaint
- [ ] Minute Order Appointing Counsel
- [ ] Corporate Surety Bond
- [ ] Personal Surety Bond
- [x] Warrant of Removal
- [ ] Order of Removal
- [ ] Detention Order
- [x] Waiver of Removal
- [x] Other: Blotter & Amended Blotter Filed on 2/27/08

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk